**Electronically Filed**
**Supreme Court**
**SCPW-18-0000733**
**08-JAN-2019**
**10:50 AM**

SCPW-18-0000733

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CITY AND COUNTY OF HONOLULU; COUNTY OF HAWAIʻI;
COUNTY OF MAUI; COUNTY OF KAUAʻI, Petitioners,

vs.

STATE OF HAWAIʻI; SCOTT T. NAGO, in his capacity as
Chief Election Officer, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 18-1-1326-08)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed December 20, 2018, is corrected as follows:

On page 25, in footnote 16, replace "article XV, section 3" with "article XVII, section 3".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 8, 2019.

/s/ Richard W. Pollack

Associate Justice

